# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MAURICE BANKS

NO. 2019 KW 1353

NOV 25 2019

---

In Re:     Maurice Banks, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 736842.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT DENIED.** See **State ex rel. Bernard v. Criminal Dist. Court Section J.,** 94-2247 (La. 4/28/95), 653 So.2d 1174, 1175 (*per curiam*).

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT